UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| vs. | ) | CAUSE NO. 1:04-cr-0177-JMS-TAB |
| | ) | |
| PRESTON D. STRINGER,<br>Defendant. | )<br>) | - 01 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker=s Report and Recommendation that Preston D. Stringer=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twelve (12) months and one (1) in the custody of the Attorney General, with no supervised release to follow. Mr. Stringer is to be taken into immediate custody. The Court recommends that the Bureau of Prisons provide Mr. Stringer with appropriate substance abuse counseling.

SO ORDERED this 5th day of November, 2014.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record email generated by the Court's ECF system

U. S. Parole and Probation

U. S. Marshal